IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02932-RPM-MJW

JPMORGAN CHASE & CO., et al.,

Plaintiffs,

v.

AFFILIATED COMPUTER SERVICES, INC., et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendants Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc.'s Motion to Quash Subpoena for Deposition of Third Party Open Scan Technologies, Inc., or, in the Alternative, for Protective Order (docket no. 1) is GRANTED as follows.  The said Subpoena served by Plaintiffs on Open Scan is QUASHED.  It is clear to this court that Plaintiffs have failed to comply with D.C.COLO.LCivR 30.1 by not providing reasonable notice of such deposition.  This notice must be given not only to the "proposed deponent," but also to "all counsel of record."  The said Subpoena was issued by the Clerk of the Court on December 10, 2009, and Plaintiffs served said Subpoena on Open Scan on December 10, 2009.  Such Subpoena commands appearance for the deposition on December 17, 2009, at 9:00 a.m., and therefore such Subpoena is in violation of the 14 days notice requirement pursuant to D.C.COLO.LCivR 30.1.

Date:  December 16, 2009